**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**ULISES ADOLFO CALERO GUTIERREZ** **CASE NO. 3:26-cv-02720**

**VERSUS** **JUDGE ALEXANDER C. VAN HOOK**

**JACKSON PARISH CORRECTIONAL CENTER ET AL** **MAGISTRATE JUDGE LEBLANC**

**MEMORANDUM ORDER**

Before the Court is a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (ECF No. 1) filed by Petitioner Ulises Adolfo Calero Gutierrez ("Petitioner") an immigration detainee at the Jackson Parish Correctional Center in Jonesboro, Louisiana.

To determine whether Petitioner is entitled to relief, and in accordance with the Rules Governing Section 2254 Cases and Standing Order 1.74, **THE CLERK IS DIRECTED** to serve a copy of the Petition (ECF No. 1) and a copy of this Order on:

- the United States, the United States Attorney General, and DHS/ICE, through the United States Attorney for the Western District of Louisiana at its designated email address for service; and
- the Warden where Petitioner is detained, by first-class mail.

**IT IS ORDERED** that a response to the Petition be filed within 60 days after electronic service of the Petition and this Order, with supporting summary judgment evidence.

**IT IS FURTHER ORDERED** that Petitioner shall have 21 days to reply.

After the record is complete and delays have run, the Court will determine if an evidentiary hearing is necessary. If not, a Report and Recommendation will be issued without further notice.

**SO ORDERED** at Lake Charles, Louisiana, this 18th day of August, 2026.

**THOMAS P. LEBLANC**
**UNITED STATES MAGISTRATE JUDGE**